IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-812-DDD-KAS

NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, AMERICAN FINANCIAL SERVICES ASSOCIATION, and AMERICAN FINTECH COUNCIL,

    Plaintiffs,

v.

PHILIP J. WEISER, Attorney General of the State of Colorado, and MARTHA FULFORD, Administrator of the Colorado Uniform Consumer Credit Code,

Defendants.

## STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO D.C.COLO. LCIVR 6.1(A)

The parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 6(b) and D.C.Colo.LCivR 6.1(a), to a 21-day extension of time for Defendants respond to Plaintiffs' First Amended Complaint (Doc. 71) ("Amended Complaint") to and including August 6, 2024. AS GROUNDS THEREFOR, Defendants state:

1. Plaintiffs filed their Amended Complaint on July 2, 2024, making the deadline for Defendants to respond to the Amended Complaint July 16, 2024.

2. Pursuant to D.C.Colo.LCivR 6.1(a), the parties have stipulated to extend Defendants' response date to Plaintiffs' Amended Complaint to August 6, 2024.

3. A copy of this Stipulation has been served contemporaneously on the parties' respective clients in accordance with Local Civil Rule 6.1(c).

IT IS SO STIPULATED,

DAVIS WRIGHT TREMAINE LLP

/s/ *David M. Gossett*
DAVID M. GOSSETT
CHAVA BRANDRISS
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
(202) 973-4200
davidgossett@dwt.com
chavabrandriss@dwt.com

CHRISTOPHER M. WALCZYSZYN
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
(212) 402-4081
chriswalczyszyn@dwt.com

CHRIS SWIFT
Davis Wright Tremaine, LLP
560 SW 10th Avenue, Suite 700
Portland, OR 97205
(503) 276-5505
chrisswift@dwt.com

TYLER J. BOURKE
Davis Wright Tremaine, LLP
920 Fifth Avenue,Suite 3300
Seattle, WA 98104
(206) 622-3150
Tylerbourke@dwt.com

ED PERLMUTTER
LEAH E. CAPRITTA
Holland & Knight LLP
1801 California Street
Suite 5000
Denver, CO 80202
(303) 974-6552
ed.perlmutter@hklaw.com

PHILIP J. WEISER
Attorney General

s/ *Kevin J. Burns*
PHILIP SPARR, 40053
NIKOLAI FRANT, 38716
KEVIN J. BURNS, 44527
BRIAN URANKAR, 47519
Consumer Credit Enforcement Unit
Consumer Protection Section
Attorneys for Defendant(s)
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: 720-508-6245
philip.sparr@coag.gov


*Attorneys for Defendants*

leah.capritta@hklaw.com

*Attorneys for the National Association of Industrial Bankers and the American Financial Services Association*

MORGAN L. RATNER
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, D.C. 20006
(202) 956-7500
ratnerm@sullcrom.com

MATTHEW A. SCHWARTZ
LESLIE B. ARFFA
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
schwartzmatthew@sullcrom.com
arffal@sullcrom.com

*Attorneys for the American Fintech Council*

DATED: July 16, 2024

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2024, I filed a true and correct copy of the foregoing document via CM/ECF, which will generate notice by electronic mail to all counsel who have appeared via CM/ECF.

*/s/ Mellisa Lamberth*
Mellisa Lamberth

4